**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-26066-LEIBOWITZ/HERNANDEZ**

**ANDRII SMIESHKOV,**

*Petitioner,*

*v.*

**DIRECTOR, MIAMI FIELD OFFICE FOR U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,**

*Respondents.*
_______________________________________/

**ORDER ADOPTING MAGISTRATE REPORT AND RECOMMENDATION**

**THIS CAUSE** is before the Court upon the Report and Recommendation on Petitioner's Verified Petition for Writ of Habeas Corpus and Complaint for Injunctive and Declaratory Relief Pursuant to 28 U.S.C. § 2241 [*see* ECF No. 1] (the "Petition"), filed on October 27, 2026, recommending that the Petition be granted in part and denied in part (the "R&R") [ECF No. 10]. The undersigned previously referred the Petition to U.S. Magistrate Judge Yeney Hernandez for a report and recommendation, consistent with 28 U.S.C. § 636(b)(1)(B), Rule 72 of the Federal Rules of Civil Procedure, and Rule 1(d) of the Local Magistrate Judge Rules. [ECF No. 8]. No objections to the R&R were filed during the objection period set by Judge Hernandez. [*See* ECF No. 10 at 9].

Thus, having reviewed the Motion, the record, the Report and Recommendation, the governing law and finding no error, it is hereby **ORDERED AND ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendation **[ECF No. 10]** is **AFFIRMED** and **ADOPTED** and fully incorporated herein.

2. Petitioner's Verified Petition for Writ of Habeas Corpus and Complaint for Injunctive and Declaratory Relief Pursuant to 28 U.S.C. § 2241 [**ECF No. 1**] is **GRANTED in part and DENIED in part.** Petitioner's detention falls under § 1226, and he is entitled to an individualized bond hearing. However, Petitioner is not entitled to

immediate release from custody.

**DONE AND ORDERED** in the Southern District of Florida on November 6, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record